# United States Court of Appeals
## For the First Circuit

No. 14-1165

UNITED STATES OF AMERICA,

Appellee,

v.

ADAM GOODWIN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 21, 2015, is amended as follows:

On page 2, line 4, and on page 5, line 14, "108-month" is replaced with "108-months".

On page 2, line 17, an additional parenthesis is added after "1995)".

On page 8, line 22, "government" is replaced with "Government".

On page 9, line 16, "role-enhancement" is replaced with "role enhancement".

On page 13, line 4, "on" is replaced with "in".